# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/1/2026___

March 27, 2026

This request for Ms. Di Chiara to stand in for Ms. Shellow on April 17, 2026  is GRANTED. The Court, however, admonishes Ms. Shellow that she is expected to be present at proceedings in this case. The upcoming April 17 conference has been scheduled since January.  The Court is not providing remote access to this long-scheduled conference.

Date:  Apr. 1, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**BY ECF ONLY**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  1007

RE:    ***United States v. Zambrano-Pacheco (Pereda)*, 25 CR 76 (MKV)**

Dear Judge Vyskocil:

I represent Mario Andres Pereda in the above-referenced matter.  The next conference is scheduled for April 17, 2026, and I will be traveling.  I respectfully request that Lauren Di Chiara, Esq., be permitted to stand in for me.  Before the conference, I will provide Mr. Di Chiara with my schedule for the next 12 months.  Both Mr. Pereda and Ms. Di Chiara's client consent to this request.  If a telephone connection is available during the conference, I request that I be permitted to use the connection for the purposes of listening to the conference.  I am not asking to participate in the conference by telephone.

Respectfully submitted,

Jill R. Shellow
*Counsel for Mario Andres Pereda*

cc:    Lauren Di Chiara, Esq. (by email)
       Mario Andres Pereda (by legal mail)

Admitted:  NY, CT, DC